**Order entered August 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00170-CV

**ERIC DRAKE, Appellant**

**V.**

**CARMEN SIFUENTES, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03940**

## ORDER
Before the Court En Banc[1]

Before the Court is appellant's letter dated August 23, 2013 requesting the recusal of Justices Moseley, Francis, and Lang-Miers. We construe appellant's letter as a motion to recuse. Appellant requests that Justices Moseley, Francis, and Lang-Miers be recused from any involvement with this appeal and any further appeals he may file. We **DENY** appellant's motion.

/s/    DAVID L. BRIDGES
        JUSTICE

---

[1] The Honorable Chief Justice Wright did not participate in this decision.